**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antelmo RODRIGUEZ–PARTIDA,**
**aka Lino Rodriguez–Partida,**
**Defendant–Appellant.**

No. 01–10218.
D.C. No. CR–00–00716–EHC.

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

### MEMORANDUM**

Antelmo Rodriguez–Partida appeals his guilty-plea conviction and concurrent 37–month sentences imposed for transporting illegal aliens, in violation of 8 U.S.C.

§ 1324(a)(1)(A)(ii), and illegally reentering the United States following deportation, in violation of 8 U.S.C. § 1326. Rodriguez–Partida's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez–Partida has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alberto HERNANDEZ, Defendant–**
**Appellant.**

No. 01–50358.
D.C. No. CR–97–00013–RT–1.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM**

Alberto Hernandez appeals his guilty-plea conviction for one count of possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Hernandez's first contention that 21 U.S.C. § 841 is facially unconstitutional pursuant to *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by this court's decision in *United States v. Buckland*, 289 F.3d 558, 572 (9th Cir.) (en banc), *cert. denied*, 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002).

Hernandez's next contention that *Apprendi* invalidates the mandatory minimum sentencing provisions of § 841(b)(1)(A) is foreclosed by the Supreme Court's decision *Harris v. United States*, 536 U.S. 545, 568–69, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002) (rejecting *Apprendi* challenge to mandatory statutory minimum sentences). *See also United States v. Hernandez*, 322 F.3d 592, 602 (9th Cir.2003) (holding that the Supreme

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Court's decision in *Harris* does not overrule *Buckland.*).

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Joseph TURNER, aka Michael J. Turner, aka Michael W. Daniels, aka Joseph J. Turner, Defendant–Appellant.**

**No. 03–50697.**

**D.C. No. CR–00–00904–GHK–02.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the